CAPITAL COMMUNICATIONS FED-
ERAL CREDIT UNION, petition-
er, v. Brian K. BOODROW.

No. 97-1126.

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United
States Court of Appeals for the Second Cir-
cuit denied.